# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**VERNE A. HALL, et al.,**

      **Plaintiffs,**

v.                                               **ORDER**
                                                Civil File No. 04-4812 (MJD/AJB)

**BEST BUY COMPANY, INC. and**
**BEST BUY ENTERPRISE SERVICES,**
**INC.,**

      **Defendants.**

**JEFFERY LOEB,**

      **Plaintiff,**

v.                                               Civil File No. 05-720 (MJD/AJB)

**BEST BUY COMPANY, INC. and**
**BEST BUY ENTERPRISE SERVICES,**
**INC.,**

      **Defendants.**

Stephen J. Snyder, Gray Plant, Mooty, Mooty & Bennett, P.A., Counsel for Plaintiffs.

David L. Shulman, Law Office of David L. Shulman, PLLC, Counsel for Plaintiff Jeffery Loeb.

Wood R. Foster, Jr., Siegel, Brill, Greupner, Duffy & Foster, P.A., Counsel for Opt-in Plaintiffs.

Janet C. Evans, Robins, Kaplan, Miller & Ciresi, L.L.P. Counsel for Defendants.

These two cases are related. In the interest of judicial economy, the Court **HEREBY ORDERS** that the case captioned Loeb v. Best Buy, No. 05-720 (MJD/AJB) be closed, and that Loeb become part of the main case, Hall et al. v. Best Buy, No. 04-4812 (MJD/AJB). The Pretrial Scheduling Order issued in Hall and the amendments thereto shall now apply to Loeb also.

Dated: June 15, 2006

                                                   s / Michael J. Davis
                                                   Michael J. Davis
                                                   United States District Court